

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2015

No. 04-15-00028-CV

Abelardo **ZAMORA** and Janet Zamora, Individually and as Next Friends of Abelardo Zamora Jr., a Minor Child,
Appellants

v.

Jacob James **DAVILA**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 387082
Honorable Tina Torres, Judge Presiding

## O R D E R

Appellee's brief was originally due May 18, 2015; however, the court granted appellee an extension of time until June 17. Appellee has filed a motion asking for an additional thirty day extension of time to file the brief.

We **grant the motion** and **order** appellee to file his brief by **July 16, 2015**. Appellee is advised that **no further extensions of time will be granted** absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court